UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>KEISEAN ROCKMORE,  )<br>  )<br>Defendant.  )<br>_____ ) | Case No: 5:21-MJ-00009 JLT<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1.  Alekxia L. Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 11, 2021. After the initial appearance the matter is referred to the Federal Defenders Office for assignment of counsel.

IT IS SO ORDERED.

Dated:   **March 16, 2021**                    **/s/ Jennifer L. Thurston**
                                                                                UNITED STATES MAGISTRATE JUDGE