# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:21-MJ-00009 JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| KEISEAN ROCKMORE, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. W. Scott Quinlan is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 15, 2021 in place of panel attorney, Alekxia L. Torres. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:  **March 16, 2021**          /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE